(No. 826—Claimant awarded $2,100.00.)

SALINE GAS COAL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*tax erroneously paid may be refunded.* This case is similar to that of *Vulcanite Roofing Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD J. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of portions of franchise taxes erroneously paid by above named claimant to the Secretary of State of the State of Illinois in the years 1921 and 1922, total excess tax paid amounting to $2,100.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $2,100.00.